RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
DEC 30 2019
FILED 12/30/19
DOCKETED 12/31/19 HC
DATE INITIAL

# United States Court of Appeals
for the
9th CIRCUIT

KARL SEURING,

Petitioner

v.

DELTA AIRLINES, INC.,

Respondent

2018 AIR 00033

19-73334

## PETITION FOR REVIEW

Karl Seuring hereby petition the court for review of the Order of the Administrative Review Board Dismissing the Complainant's Petition for Review entered on October 30th, 2019

Date: December 23rd, 2019

K.E.S.

Karl Seuring
5400 Carillon Point
Kirkland, Washington 98033